## CAROLINA SPIRITS, INC. v. CITY OF RALEIGH

No. 602P97

Case below: 127 N.C.App. 745

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 5 February 1998.

## CHICAGO TITLE INSURANCE CO. v. WETHERINGTON

No. 528P97

Case below: 127 N.C.App. 457

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

## DARDEN v. HARRELL

No. 500P97

Case below: 127 N.C.App. 553

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

## EARLY v. KOEHLER

No. 537P97

Case below: 127 N.C.App. 555

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 5 February 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

## EMPLOYMENT SECURITY COMM. v. PEACE

No. 599A97

Case below: 122 N.C.App. 313

Notice of appeal by plaintiff pursuant to G.S. 7A-30 (substantial constitutional question) retained 5 February 1998. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 5 February 1998,